**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

RUSSELL A. RIZZOLO,

    Plaintiff,

vs.                                         CASE NO. 5:05cv197-RS

WILLIAM "BILL" DAVIS, Warden,
et al,

    Defendants.
_____/

## ORDER

This matter is before the court on the magistrate judge's Report and Recommendation (Doc. 10). Plaintiff has not filed objections.

IT IS ORDERED:

1. The Report and Recommendation is accepted and is adopted as the opinion of the court.

2. This action is dismissed with prejudice, and the clerk is directed to close the file.

ORDERED on January 6, 2006.

                                                **/S/ Richard Smoak**
                                                **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**